# In The United States Court of Federal Claims

No. 04-1260 C

(Filed: April 11, 2005)

CHOWCHILLA INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A joint preliminary status conference was held in this matter by teleconference on Friday, March 4, 2005. Participating for plaintiff were Mark Blando and Jeff Eckland; participating for defendant was Shalom Brilliant. During the conference the parties discussed, *inter alia*, their joint motion to stay the proceedings pending resolution of the ongoing alternative dispute resolution process, filed February 22, 2005. In those discussions the parties expressed optimism about the prospects for successful ADR resolution and reiterated their wish to stay the proceedings on that basis. Based on those discussions the court hereby **ORDERS**,

1. This proceeding is hereby **STAYED** until 14 days following the completion of the ADR process.

2. The parties shall file a joint status report on the progress of the ADR process on or before June 2, 2005, with subsequent reports to follow every 90 days thereafter for the duration of the stay.

3. In each such report, the parties shall also notify the court of the status of the ADR process in *Exeter Enterprises v. United States*, Case No. 04-1288C, and *1st Trust & Savings Bank of Kankakee v. United States*, Case No. 04-1306C, which have also been stayed by separate orders filed this day.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge