# In The United States Court of Federal Claims

No. 04-1260 C

(Filed: November 30, 2005)

CHOWCHILLA INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 4, 2005, the court issued an order staying proceedings in this case and ordering the parties to file a joint status report on June 2, 2005, with subsequent reports every 90 days thereafter. Additionally, the parties were directed to notify the court in their joint status reports of the status of the ADR process in *Exeter Enterprises v. United States*, Case No. 04-1288C, and *1st Trust & Savings Bank of Kankakee v. United States*, Case No. 04-1306C.

Pursuant to the court's April 4, 2005, order, a joint status report was due on November 29, 2005. That report has not been filed and shall be filed forthwith, with an appropriate motion for leave to file out of time, complying with paragraph 3(a) of the Special Procedures Order. According to the April 4, 2005, order, the parties shall file the next joint status report on February 27, 2006, and every 90 days thereafter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge