IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHOWCHILLA INVESTMENT GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1260C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT OUT OF TIME

Pursuant to the Court's Orders of September 3, 2004, April 11, 2005, and November 30, 2005, the parties respectfully request leave to file the attached joint status report out of time. The joint status report was due to be filed November 29, 2005.

This case is one of more than 160 related suits filed in this Court since August 6, 2004. These cases are pending before various different judges of this Court. Most of these cases have been stayed, and many of the orders staying the cases require the parties to file joint status reports periodically. The due-dates of the joint status reports vary; typically, they are due at intervals of 30, 60, or 90 days, measured from the date of the order in question. Counsel for the parties have endeavored to develop a system to keep track of the due dates for these status reports, and for the filings required in the related Alternative Dispute Resolution proceedings and in the related cases that have not been stayed. Notwithstanding the parties' earnest efforts to accurately track the various deadlines in all of these pending cases, counsel for both parties unfortunately miscalculated the due date for the joint status report in this case.

In accordance with the Court's Order of November 30, 2005, and the Special Procedures Order of September 3, 2004, plaintiff's counsel has notified his client, and defendant's counsel has notified the supervising Deputy Assistant Attorney General, of the filing of this motion.

For the foregoing reasons, we respectfully request that our motion for leave to file the joint status report out of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 236-0160
Fax: (612) 305-0179

Attorney for Plaintiff

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: December 1, 2005

**Filed Electronically**
**with the consent of Attorneys for Plaintiff**