**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Chowchilla Investment Group, a
California Limited Partnership,

Plaintiff,

v.

United States,

Defendant.

**Case No. 04-1260C**
**(Judge Francis M. Allegra)**

**NOTICE OF CHANGE OF ADDRESS**

As the Attorney of Record for the plaintiffs in the above-captioned case, Jeff H. Eckland hereby notifies the Court, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, of the following change of address:

Jeff H. Eckland
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-236-0160
Fax: 612-236-0179

Dated: December 30, 2005

**Filed Electronically**

**s/Jeff H. Eckland**
Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-236-0160
Fax: 612-236-0179